6 A.3d 436

IN THE MATTER OF CHRISTOPHER P. HUMMEL, AN
ATTORNEY AT LAW (ATTORNEY NO. 021221982).

November 4, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–117, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **CHRISTOPHER P. HUMMEL of FAIRVIEW,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed), *RPC* 3.3(a) (lack of candor to a tribunal), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **CHRISTOPHER P. HUMMEL** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.